IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MING LEE,** | ) |
| Petitioner, | ) |
| v. | )  CIVIL ACTION 07-0038-KD-M |
| **ALBERTO GONZALES,** | ) |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as **MOOT**.

**DONE** this 16th day of March, 2007.

        s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**